

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
CHICAGO REGIONAL OFFICE
175 WEST JACKSON BOULEVARD
SUITE 900
CHICAGO, ILLINOIS 60604-2815

FRANK D. GOLDMAN
Senior Attorney
Division of Enforcement

Telephone: 312-886-8521
Facsimile: 312-886-8514
E-mail: GoldmanF@sec.gov

December 2, 2013

**VIA FACSIMILE**

Hon. Harold Baer, Jr.
United States District Court for the Southern District of New York
500 Pearl Street
Chambers 2230
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/13
```

Re: *SEC v. Stilwell, et al.*, 13-cv-3437 (HB)

Judge Baer:

Plaintiff Securities and Exchange Commission ("Commission") hereby respectfully requests permission to file, through one of its attorneys and in lieu of satisfactions executed by the United States Attorney as specified in Local Civil Rule 54.3(c)[1], satisfactions of monetary judgments in regard to each defendant in the above referenced case. Commission records indicate that full payment has been received by or for the ultimate credit to the United States Treasury from each of John Anthony Stilwell, Dr. Michael Curtis Moore, and Jillian Margaret Murphy in accordance with the terms of the final judgments entered by the Court on August 7, 2013 (docket numbers 8, 9, and 10).

The Commission further respectfully requests that the Court grant permission to the Clerk to enter such satisfactions of monetary judgment once filed by the Commission. Attorneys for Defendants have informed the undersigned that they agree with the contents of this letter and join in the Commission's request. Please let me know if you have any questions or require any additional information.

Respectfully submitted,

Frank D. Goldman

---

[1] Local Civil Rule 54.3 – Entering Satisfaction of Money Judgment – states in relevant part: "Satisfaction of a money judgment entered in this district shall be entered by the Clerk as follows... (c) If the judgment creditor is the United States, upon the filing of a satisfaction executed by the United States Attorney...."

Enclosures: Satisfaction of Monetary Judgment in re John Anthony Stilwell
Satisfaction of Monetary Judgment in re Dr. Michael Curtis Moore
Satisfaction of Monetary Judgment in re Jillian Margaret Murphy

cc (via UPS): Matthew D. Lee, attorney for Defendant John Anthony Stilwell
John "Jack" S. Lutz, attorney for Defendant Dr. Michael Curtis Moore
Jack G. Orr, attorney for Defendant Jillian Margaret Murphy

*[Handwritten annotation:]* Permission to file conditioned on notice to the USP & EDNY and to be done on or before Dec 19, 2013.

SO ORDERED: *[signature]*
Harold Baer, Jr., U.S.D.J.
Date: 12/5/13

Endorsement:

      Permission is filed conditioned on notice to the USA SDNY and is to be done on or before December 19, 2013.